UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:05CR353-C |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| AARON LARICO WYLIE | ) | |

THIS MATTER is before the Court on Motion of the United States to allow amendment of the indictment contained in the above-captioned case to add the correct street address of a victim in this case.

In support of its Motion, the Government asserts that the correct street address of the victim hotel in Counts Three and Four of the Superceding Bill of Indictment, i.e., the Hampton Inn Suites in Charlotte, North Carolina, is 440 Griffith Road.

The amendment offered by the Government is clearly ministerial and would in no way affect any substantive or procedural rights of Defendant. See United States v. Morrow, 925 F.2d 779, 781 (4th Cir. 1991).

**NOW, THEREFORE, IT IS ORDERED** that the Motion of the United States to Amend the Indictment to change the street address of the victim hotel in Counts Three and Four of the Superceding Bill of Indictment to 440 Griffith Road is hereby **GRANTED**.

The Clerk is directed to certify copies of this Order to Defendant, defense counsel, and the United States Attorney.

This the _____ day of June, 2006.

ROBERT J. CONRAD, JR., CHIEF
UNITED STATES DISTRICT JUDGE